IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) LUIS FIGUEROA-PAGAN**<br>2) GUSTAVO IRIZARRY-SANABRIA<br>3) JOSE A. VELAZQUEZ-SEDA<br>Defendants | CRIMINAL 12-0320CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 28, 2012 (**docket entry 48**) on a Rule 11 proceeding of defendant Luis Figueroa-Pagán (1) held before U.S. Magistrate Judge Silvia Carreño-Coll on September 18, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 18, 2012. The **sentencing hearing is set for December 19, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 22, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge